1026

[No. 19888-6-II. Division Two. August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. H.H., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-00623-7, Donald H. Thompson, J., entered August 22, 1995. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong and Hunt, JJ.

[No. 20014-7-II. Division Two. August 22, 1997.]

ARDEN PIERCE, ET AL., *Respondents*, v. PETER VANDERWAL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Mason County, No. 95-2-00296-3, James B. Sawyer II, J., entered September 27, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 20015-5-II. Division Two. August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MILTON DOUGLAS MCCARTHY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00900-0, Barbara D. Johnson, J., entered September 26, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 20275-1-II. Division Two. August 22, 1997.]

FRED PILON, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-2-03093-0, Richard A. Strophy, J., entered December 19, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.